IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DOUGLAS PHILLIP BRUST, D.C., P.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOPEDIC PHARMACEUTICALS, INC., and<br>JOHN DOES 1-10,<br><br>Defendants. | Case No.: 4:14-cv-01170-AGF |

**PLAINTIFF DOUGLAS PHILLIP BRUST, D.C., P.C.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANT ORTHOPEDIC PHARMACEUTICALS, INC AND WITHOUT PREJUDICE OF ITS CLAIM AGAINST DEFENDANT JOHN DOES 1-10**

COMES NOW Plaintiff, DOUGLAS PHILLIP BRUST, D.C., P.C.'s, and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses its individual claims against ORTHOPEDIC PHARMACEUTICALS, INC. **with prejudice**.  John Does 1-10 are hereby dismissed **without prejudice**.  No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein.

/s/  Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
128 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022 - Residential
F:  (636) 536-6652 - Residential
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

1

Brian J. Wanca, of counsel
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501
E-Mail: bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify on May 29, 2015 that a true and correct copy of the foregoing was served on the Attorneys for Defendant, Brian Shank #59955MO, Karen L. Mayfield-Jones #57813MO, Evans & Dixon, LLC, 211 N. Broadway, Ste 2500, St. Louis MO 63102, P: 314-621-7755, F: 314-884-4466, Email: bshank@evans-dixon.com, kjones@evans-dixon.com by email by consent of the parties.

/s/  Max G. Margulis